# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0364
LT Case No. 2022-CA-000406

_____

LAURA COOMES,

  Appellant,

  v.

HERNAN M. PACHECO,

  Appellee.

_____


On appeal from the Circuit Court for Hernando County.
Donald Eugene Scaglione, Judge.

Janis Rosenthal, of the Law Office of Janis Rosenthal,
Brooksville, for Appellant.

Frank C. Miranda, of Frank Charles Miranda, P.A., Tampa,
for Appellee.

July 28, 2026

PER CURIAM.

AFFIRMED. *See Phenion Dev. Grp., Inc. v. Love*, 940 So. 2d
1179, 1183 (Fla. 5th DCA 2006) ("[T]he adverse legal ruling should
have been raised by a timely appeal—and would therefore be
improper for consideration under [Florida Rule of Civil Procedure]
1.540.").

EISNAUGLE, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____